UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

BARBARA OZIMEK,

                              Plaintiff,

v.                                          Civil Action No. 11-CV-1021

COMMERICAL RECOVERY SYSTEMS, INC.,

                              Defendant.
_____

## NOTICE OF VOLUNTARY DISMISSAL

    **PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff  BARBARA OZIMEK, hereby voluntarily dismisses this action against Defendant COMMERICAL RECOVERY SYSTEMS, INC., with prejudice.


DATED:      May 15, 2013

/s/ Seth J. Andrews, Esq.
_____

Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone:  (716) 564-3288
Facsimile:  (716) 332-1884